[No. 23038-1-II.     Division Two.     November 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM HERBERT SCHOFIELD, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-00287-7, Robert L. Harris, J., entered February 24, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 23218-9-II.     Division Two.     November 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY RAY CAULFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 97-1-00158-7, James B. Sawyer II, J., entered April 20, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.

[No. 23418-1-II.     Division Two.     November 12, 1999.]

DEBRA FEATHERSTON, *as Guardian, Appellant*, v. WENDELL REED, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-2-01116-8, Christine A. Pomeroy, J., entered May 8, 1998. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Morgan, J., concurred in by Bridgewater, C.J., and Hunt, J.

[No. 23859-4-II.     Division Two.     November 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS LEE WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 98-1-00193-2, George L. Wood, J., entered October 2, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, C.J., and Armstrong, J.